Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Mississippi

**RECEIVED**

**JUN 17 2025**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

Division

| | |
|---|---|
| ANTHONY DAVIS ALDRICH | Case No. ___1:25-cv-101-GHD-DAS___ |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Jury Trial: *(check one)* ☒ Yes ☐ No |
| -v- | |
| Nashville Quality Foods, Carrols Corp,Burger King, RBI,Gary Starnes,Dustin Smith, (Does 1 through 100) | |
| *Defendant(s)* | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | |

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Anthony Davis Aldrich |
| Street Address | 383 County Road 659 (unit B) |
| City and County | Tupelo (Lee County) |
| State and Zip Code | Mississippi, 38801 |
| Telephone Number | 310-619-3200 |
| E-mail Address | AnthonyAldrich56347@gmail.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | Nashville Quality Foods |
| Job or Title *(if known)* | |
| Street Address | 1350 Sycamore View Rd, |
| City and County | Memphis |
| State and Zip Code | Tennesee |
| Telephone Number | (901) 370-4660 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Carrols Corporation |
| Job or Title *(if known)* | |
| Street Address | 968 James St., |
| City and County | Syracuse |
| State and Zip Code | New York 13203 |
| Telephone Number | 800-348-1074 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Burger King Corporation |
| Job or Title *(if known)* | |
| Street Address | 5505 Blue Lagoon Drive, |
| City and County | Miami, |
| State and Zip Code | Florida 33126. |
| Telephone Number | 305-378-7200. |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | Resteraunt Brands International (RBI) |
| Job or Title *(if known)* | |
| Street Address | 5707 Blue Lagoon Dr |
| City and County | Miami, |
| State and Zip Code | FL 33126. |
| Telephone Number | 1-855-243-1227 |
| E-mail Address *(if known)* | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## Defendant No. 1

| | |
|---|---|
| Name | Gary Starnes |
| Job or Title *(if known)* | General Manager |
| Street Address | 840 West Main street |
| City and County | Tupelo |
| State and Zip Code | Mississippi 38801 |
| Telephone Number | |
| E-mail Address *(if known)* | |

## Defendant No. 2

| | |
|---|---|
| Name | Dustin Smith |
| Job or Title *(if known)* | Assistant Manager |
| Street Address | 840 West Main Street |
| City and County | Tupelo |
| State and Zip Code | Missisippi 38801 |
| Telephone Number | |
| E-mail Address *(if known)* | |

## Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question               ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

      The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

   b. If the plaintiff is a corporation

      The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,

      and has its principal place of business in the State of *(name)*

      _____ .

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

      The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of

      *(foreign nation)* _____ .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.    If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy--the amount the plaintiff claims the defendant owes or the amount at stake--is more than $75,000, not counting interest and costs of court, because *(explain)*:

Five Hundred Million Dollars

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Plaintiff Anthony Aldrich is at all times herein, was a 50-year-old disabled, semi-dependent adult who suffered pre-existing injuries to his spinal-cord and shoulder. He underwent- three surgeries- between (2019 and 2022) rendering him "disabled." The Defendants knew or reasonably should have known he suffered "physical limitations, when they hired him as a "simple drive through cashier." They breached their contracts of employment, when they recklessly forced him into manual labor, knowing this was outside his scope of abilities and duties: These actions resulted in further injuries and disabilities, forcing Plaintiff to become permanently "semi-non ambulatory." additionally causing mental trauma as he was forced to endure watching the torture of 20 african american employees. As a result of his soft spokeness they continued to sexually harrass him as well as force him to watch them, as they sexual harrased other employees ,

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.  For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:            June 12, 2025

Signature of Plaintiff

Printed Name of Plaintiff        Anthony Davis Aldrich

### B.  For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address            383 CR 659            (unit B)

State and Zip Code        Tupelo, MS        38801

Telephone Number        310 619 3200

E-mail Address            AntHony ALDRich56347@gmAiL.coM

Page 5 of 5